# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-22822-GLT |
| | : | |
| James J. Dilts and | : | Chapter 13 |
| Shelley L. Dilts, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated June 23, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated June 22, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated June 24, 2017                     Executed by:   /s/ Lawrence W. Willis
                                                                  Lawrence W. Willis, Esquire
                                                                  Willis & Associates
                                                                  201 Penn Center Blvd
                                                                  Pittsburgh, PA 15235
                                                                  Tel: 412.825.5170
                                                                  Fax: 412.823.2375

MATRIX

James & Shelley Dilts
103 W. Adams Avenue
Vandergrift, PA 15690

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

CAP ONE
PO Box 30253
Salt Lake City, UT 84130

CAP ONE
PO Box 30253
Salt Lake City, UT 84130

Capital One
PO Box 30253
Salt Lake City, UT 84130

CHASE BANK USA
PO Box 15298
Wilmington, DE 19850

COMENITY BANK/GNTEAGLE
PO Box 182789
Columbus, OH 43218

Paypal
PO Box 960080
Orlando, FL 32896

Santander Consumer USA Inc
P.O. Box 961245
Fort Worth, TX 76161

Sears
PO Box 6282
Sioux Falls, SD 57117

Sears
PO Box 6282
Sioux Falls, SD 57117

SPRINGLEAF FORMERLY AGF
PO BOX 899
Indiana, PA 15701

Syncb/Amazon
PO BOX 965015
Orlando, FL 32896

SYNCB/Care Credit
PO BOX 965036
Orlando, FL 32896

SYNCB/JC PENNEY
PO BOX 965007
Orlando, FL 32896

Syncb/Old Navy
PO BOX 965005
Orlando, FL 32896

Syncb/Walmart
PO BOX 965024
Orlando, FL 32896

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440

Verizon Wireless
PO Box 26055
Minneapolis, MN 55426

Wells Fargo
PO Box 29704
Phoenix, AZ 85038