# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 14-22822-GLT |
| | : | |
| James J. Dilts and | : | |
| Shelley L. Dilts, | : | Chapter 13 |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Lawrence W. Willis, Esquire, of the law firm Willis & Associates, certify under penalty of perjury that I served a true and correct copy of the Order dated **September 14, 2017**, together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**Quality Huts East, LLC**
**P.O. Box 780767**
**Wichita, KS 67278**
**Attention: Payroll Administrator**

**James Dilts**
**103 W. Adams Avenue**
**Vandergrift, PA 15690**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: September 15, 2017

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com
Attorney for Debtors