Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James J. Dilts**
**Shelley L. Dilts**
   Debtor(s)

Bankruptcy Case No.: 14–22822–GLT
Related to Docket No. 86
Chapter: 13
Docket No.: 87 – 86
Concil. Conf.: November 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 15, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 14, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case 14-22822-GLT    Doc 88    Filed 08/16/18    Entered 08/17/18 00:57:36    Desc Imaged
Certificate of Notice    Page 2 of 5

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 14-22822-GLT
James J. Dilts                                                      Chapter 13
Shelley L. Dilts
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                Page 1 of 2          Date Rcvd: Aug 14, 2018
                              Form ID: 213              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db/jdb         +James J. Dilts,    Shelley L. Dilts,   103 W Adams Ave,    Vandergrift, PA 15690-1304
cr             +HOUSEHOLD REALTY CORPORATION,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
13958678        American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
13887211       +CHASE BANK USA,    PO Box 15298,   Wilmington, DE 19850-5298
13891609       +Capital One Auto Finance,    PO Box 9013,   Addison, TX 75001-9013
13946939       +HSBC Mortgage Services, Inc.,    P.O. Box 21188,   Eagan, Minnesota 55121-0188
14146181       +Household Realty Corporation,    C/O HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13887217       +SPRINGLEAF FORMERLY AGF,    PO BOX 899,   Indiana, PA 15701-0899
13904190       +Santander Consumer USA,    Po Box 560284,   Dallas, TX 75356-0284
13887214       +Santander Consumer USA Inc,    P.O. Box 961245,   Fort Worth, TX 76161-0244
13887215       +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
13887223       +TD Bank USA/Target Credit,    PO Box 673,   Minneapolis, MN 55440-0673
13887225       +Wells Fargo,    PO Box 29704,   Phoenix, AZ 85038-9704
13938309       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14421440       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 03:18:58
                 PRA Receivables Management, LLC,   PO Box 41067,    Norfolk, VA 23541-1067
13931076        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2018 03:00:53
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13887208       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 02:58:30      CAP ONE,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13887212       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 15 2018 02:43:10      COMENITY BANK/GNTEAGLE,
                 PO Box 182789,    Columbus, OH 43218-2789
13887210       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2018 03:01:29      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13958943        E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2018 02:59:54      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14520085        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 02:58:31
                 Portfolio Recovery Associates, LLC,   PO Box 41067,    Norfolk, VA 23541
13948344        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2018 02:59:54
                 Portfolio Recovery Associates, LLC,   POB 12914,    Norfolk VA 23541
13920140        E-mail/Text: ecfbankruptcy@progleasing.com Aug 15 2018 02:43:21      NPRTO North-East, LLC,
                 10619 South Jordan Gateway, #100,    South Jordan, Utah 84095
13887213       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 02:59:52      Paypal,   PO Box 960080,
                 Orlando, FL 32896-0080
13940625        E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2018 02:43:11
                 Quantum3 Group LLC as agent for,   Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
13915613        E-mail/PDF: cbp@onemainfinancial.com Aug 15 2018 02:59:52      Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN 47731-3251
13887219       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 02:58:30      SYNCB/Care Credit,
                 PO BOX 965036,    Orlando, FL 32896-5036
13887220       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 02:59:52      SYNCB/JC PENNEY,   PO BOX 965007,
                 Orlando, FL 32896-5007
13887218       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 03:01:29      Syncb/Amazon,   PO BOX 965015,
                 Orlando, FL 32896-5015
13887221       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 02:58:30      Syncb/Old Navy,   PO BOX 965005,
                 Orlando, FL 32896-5005
13887222       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2018 02:58:31      Syncb/Walmart,   PO BOX 965024,
                 Orlando, FL 32896-5024
13918501       +E-mail/Text: bncmail@w-legal.com Aug 15 2018 02:43:23      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13887224       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 15 2018 02:43:03
                 Verizon Wireless,    PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Wells Fargo Bank, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13887209*      +CAP ONE,   PO Box 30253,    Salt Lake City, UT 84130-0253
13887216*      +Sears,   PO Box 6282,    Sioux Falls, SD 57117-6282
```

```
District/off: 0315-2           User: jhel              Page 2 of 2                 Date Rcvd: Aug 14, 2018
                               Form ID: 213            Total Noticed: 34

cr         ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```