Certificate Number: 14912-PAW-DE-032619803

Bankruptcy Case Number: 14-22822



14912-PAW-DE-032619803

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 3, 2019</u>, at <u>7:48</u> o'clock <u>PM EDT</u>, <u>Shelley Dilts</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 4, 2019</u>              By:   <u>/s/Jai Bhatt</u>

                                          Name:  <u>Jai Bhatt</u>

                                          Title:  <u>Counselor</u>