**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JAMES J. DILTS | Case No. 14-22822GLT |
| SHELLEY L. DILTS | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| CAPITAL RECOVERY V LLC++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Mail sent to the payee addess listed on the proof of claim has been returned the U.S. Postal Service as undeliverable.

CAPITAL RECOVERY V LLC++  Court claim# 20/Trustee CID# 16
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

The Movant further certifies that on 05/14/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JAMES J. DILTS, SHELLEY L. DILTS, 103 W ADAMS AVE, VANDERGRIFT, PA 15690 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235 |
| ORIGINAL CREDITOR: | : |
| CAPITAL RECOVERY V LLC++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605 | PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA 23513 |
| NEW CREDITOR: | |