**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE

| | |
|---|---|
| James J. Dilts and Shelley L. Dilts, | Case No. 14-22822-GLT |
| Debtors | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

James J. Dilts and
Shelley L. Dilts,                                             Related to Docket No. 102

Movants

vs.

Ronda J. Winnecour, Esquire /
Chapter 13 Trustee,

Respondent

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **REPORT OF PURCHASE**

Now comes the Debtors, through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C. on 07/11/2014 .

2. The Debtors are in month 61 of a 60 months term and have exceeded the plan base of $94,014.68.

3. The Debtors filed a Consent Motion to Obtain Financing for the Purchase of a Vehicle.

4. This Court entered an Order, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle to be paid outside the plan as the term has matured.

5. The Order directed that a Report of Purchase was to be filed within forty-five (30) days.

6. After inquiry, debtor notified counsel that they purchased a 2019 Nissan Versa on or about July 17, 2019 from Star Nissan in Greensburg for $19,856.00.

7. Said vehicle was financed with Nissan Motor Acceptance Credit with a monthly

payment of 350.55 per month and a rate of 6.9%.

8. Debtor was mistakenly informed by salesman that Court permission wasn't needed and therefore didn't notify counsel of the purchase.

9. Counsel will take steps to follow up on the financing status in the future as the deadline for the report had lapsed.

Dated: <u>August 16, 2019</u>                                By. <u>/s/ Lawrence W Willis Esq</u>
                                                                                                              Lawrence W Willis, Esquire
                                                                                                              PA I.D. #85299
                                                                                                              Willis & Associates
                                                                                                              201 Penn Center Blvd
                                                                                                              Suite 400

Pittsburgh, PA 15235
412-720-1170
Email: urfreshstrt@gmail.com