2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-22822-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James J. Dilts<br>103 W Adams Ave<br>Vandergrift PA 15690 | Shelley L. Dilts<br>103 W Adams Ave<br>Vandergrift PA 15690 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC # D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/16/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-22822-GLT
James J. Dilts                                                      Chapter 13
Shelley L. Dilts
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1          Date Rcvd: Aug 14, 2019
                       Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
13938309       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:
      James    Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
      Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
      Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
      Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
      Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance ahight@schillerknapp.com,
       kcollins@schillerknapp.com;tshariff@schillerknapp.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                    TOTAL: 9