**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/19 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　JAMES J. DILTS<br>　SHELLEY L. DILTS<br>　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　JAMES J. DILTS<br>　SHELLEY L. DILTS<br><br>　　　Respondents | Case No.14-22822GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 110 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 19th day of August, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that,

Quality Huts East Llc
Attn Info Sync - Payroll Provider
Po Box 58759
Raleigh,TN 27658

is hereby ordered to immediately terminate the attachment of the wages of JAMES J. DILTS, social security number XXX-XX-9912. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES J. DILTS.

BY THE COURT:

_____
cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22822-GLT
James J. Dilts                                                          Chapter 13
Shelley L. Dilts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 1             Date Rcvd: Aug 19, 2019
                                Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db/jdb         +James J. Dilts,    Shelley L. Dilts,    103 W Adams Ave,    Vandergrift, PA 15690-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
          Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
          Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance kcollins@schillerknapp.com,
           acarmany@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9