# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| Name of debtor: James J. Dilts | Case Number: 14-22822-GLT |
| Shelley L. Dilts | Chapter 13 |
| Trustee: Ronda J. Winnecour | Judge: Gregory L. Taddonio |

**RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS PAYMENT FILED ON:   07/02/2019**

Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.

| | | |
|---|---|---|
| Name of creditor: Specialized Loan Servicing, LLC | Last four digits of any number you use to identify the debtor's account: | 8342 |

**Statement in Response as of: 08/26/2019**

### Part 1: Pre-Petition Arrears - Court claim no. (if known) # 7-1   (Docket Entry #105)

Creditor ☒ agrees ☐ does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing: _____
  Amount received from the Chapter 13 Trustee  _____
  Pre-Petition arrears remaining due:            _____

### Part 2: Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
  Post-petition amounts remaining due:    $0

5122-N-9099

1

**Part 3: Sign Here**

| | | | |
|---|---|---|---|
| Print Name: | John Rafferty | | |
| Title: | Authorized Agent for Specialized Loan Servicing LLC | | |
| Company: | Bonial & Associates, P.C. | | /s/ John Rafferty |
| | | | Signature |
| Address and telephone number: | | | 08.29.19 |
| | | | Date |
| | P. O. Box 9013 | | |
| | Addison, TX 75001 | | |
| Telephone: | (972) 643-6600 | Email: | POCInquiries@BonialPC.com |

5122-N-9099

2

**CERTIFICATE OF SERVICE**

      I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before August 29, 2019.

**Debtor**  *Via U.S. Mail*
James J. Dilts
103 W Adams Ave
Vandergrift, PA 15690

**Debtor**  *Via U.S. Mail*
Shelley L. Dilts
103 W Adams Ave
Vandergrift, PA 15690

**Debtors' Attorney**
Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
STE 310
Pittsburgh, PA 15235

**Chapter 13 Trustee**
Ronda J. Winnecour
STE 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

      Respectfully Submitted,

      /s/ John Rafferty