**LOCAL BANKRUPTCY FORM NO. 24**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: James J. Dilts and Shelley L. Dilts, Movants** | : | **Chapter 13** |
| | : | **Bankruptcy No. 14-22822-GLT** |
| **Lawrence Willis, Esquire / Willis & Associates, Applicant** | : | **Related to Docket No. 115** |
| **vs.** | : | **Hearing Date and Time: October 8, 2019 at 10:30 am** |
| **Ronda J. Winnecour, Esquire, Chapter 13 Trustee, Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **James J. Dilts and Shelley L. Dilts**.
2. This is (check one)
   __X__ a final application
   _______ an interim application
   for the period July 1, 2014 to September 12, 2019
3. Previous retainer paid to Applicant: $1,000.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,800.00.
   Reimbursement of Expenses of $_N/A_.
6. A hearing on the Application will be held in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at 10:30 a.m., on October 8, 2019.
7. Any written objections must be filed with the Court and served on the Applicant on or before September 30, 2019 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: September 12, 2019

Attorney for Movant/Applicant:

/s/ Lawrence W Willis Esq
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721

Fax: 412.542.1704Email:
lawrencew@urfreshstrt.com
Attorney for Debtors