FILED
10/7/19 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: James J. Dilts and Shelley L. Dilts, **Movants** | Chapter 13 |
| | Bankruptcy No. 14-22822-GLT |
| Lawrence Willis, Esquire / Willis & Associates, **Applicant** | Related to Docket No. 115 |
| vs. | Hearing Date and Time: October 8, 2019 at 10:30 am |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, **Respondent** | |

## MODIFIED DEFAULT ORDER

**AND NOW**, this 7th day of October, 2019, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $1,800.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $1,800.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

The Clerk shall record the award of compensation for services rendered for the period of July 1, 2014 through September 12, 2019 in the amount of $5,000.00, which includes a $1,000.00 retainer previously paid to the applicant, no-look compensation in the amount of $3,000.00 and additional compensation in the amount of $1,800.00. Expenses requested are in the amount of $0. The total award of compensation is in the amount of $5,000.00.

Additional fees may be paid through the Chapter 13 Plan provided that the Debtor amends the plan within twenty-one (21) days after the application for fees is allowed to increase the plan payment sufficiently to include those fees, if not already provided for. The fees must be paid from the Debtor's resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by: Lawrence W. Willis, Esq.

DEFAULT ENTRY

Dated: October 07, 2019

_[signature]_    cgt
Gregory L. Addonio
United States Bankruptcy Judge

Case Administrator to serve: Lawrence W. Willis, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James J. Dilts  
Shelley L. Dilts  
    Debtors

Case No. 14-22822-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Oct 07, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db/jdb       +James J. Dilts,    Shelley L. Dilts,    103 W Adams Ave,    Vandergrift, PA 15690-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com  
         James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
         Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com, urfreshstrt@gmail.com;willislr88866@notify.bestcase.com  
         Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance kcollins@schillerknapp.com, acarmany@schillerknapp.com;bfisher@schillerknapp.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                         TOTAL: 9