Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **James J. Dilts** : | Case No. 14–22822–GLT |
| **Shelley L. Dilts** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 124 |
| v. : | |
| **No Respondents** : | Hearing Date: 1/29/20 at 11:00 AM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

 *AND NOW,* this *The 26th of November, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 124 by the Chapter 13 Trustee,

 It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

 (1) *On or before January 10, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

 (2) This Motion is scheduled for hearing on *January 29, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

 (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

 (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*/s/ Gregory L. Taddonio*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 14-22822-GLT
James J. Dilts                                                     Chapter 13
Shelley L. Dilts
       Debtors                          CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                  Date Rcvd: Nov 26, 2019
                              Form ID: 604                 Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db/jdb         +James J. Dilts,    Shelley L. Dilts,    103 W Adams Ave,    Vandergrift, PA 15690-1304
cr             +HOUSEHOLD REALTY CORPORATION,     14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +Specialized Loan Servicing LLC,     P.O. Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13958678        American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13887211       +CHASE BANK USA,    PO Box 15298,    Wilmington, DE 19850-5298
13946939       +HSBC Mortgage Services, Inc.,     P.O. Box 21188,    Eagan, Minnesota 55121-0188
14146181       +Household Realty Corporation,     C/O HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13887217       +SPRINGLEAF FORMERLY AGF,    PO BOX 899,    Indiana, PA 15701-0899
13904190       +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13887214       +Santander Consumer USA Inc,    P.O. Box 961245,     Fort Worth, TX 76161-0244
13887215       +Sears,    PO Box 6282,   Sioux Falls, SD 57117-6282
15104305       +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13887223       +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
13887225       +Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
13938309       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,     MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
14421440       +Wilmington Savings Fund Society, FSB, d,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:18
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13931076        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 27 2019 04:00:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13887208       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:00:53      CAP ONE,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13887212       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 27 2019 03:57:43      COMENITY BANK/GNTEAGLE,
                 PO Box 182789,    Columbus, OH 43218-2789
13887210       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:00:13      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13891609       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 27 2019 04:00:23
                 Capital One Auto Finance,    PO Box 9013,    Addison, TX 75001-9013
13958943        E-mail/PDF: rmscedi@recoverycorp.com Nov 27 2019 04:01:45      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14520085        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:29:02
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13948344        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:01:00
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13920140        E-mail/Text: ecfbankruptcy@progleasing.com Nov 27 2019 03:58:17      NPRTO North-East, LLC,
                 10619 South Jordan Gateway, #100,    South Jordan, Utah 84095
13887213       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:35      Paypal,    PO Box 960080,
                 Orlando, FL 32896-0080
13940625        E-mail/Text: bnc-quantum@quantum3group.com Nov 27 2019 03:57:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13915613        E-mail/PDF: cbp@onemainfinancial.com Nov 27 2019 04:01:27      Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13887219       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:07      SYNCB/Care Credit,
                 PO BOX 965036,    Orlando, FL 32896-5036
13887220       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33      SYNCB/JC PENNEY,    PO BOX 965007,
                 Orlando, FL 32896-5007
13887218       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33      Syncb/Amazon,    PO BOX 965015,
                 Orlando, FL 32896-5015
13887221       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33      Syncb/Old Navy,    PO BOX 965005,
                 Orlando, FL 32896-5005
13887222       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:33      Syncb/Walmart,    PO BOX 965024,
                 Orlando, FL 32896-5024
13918501       +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13887224       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 27 2019 03:56:22
                 Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Capital One Auto Finance
cr            Wells Fargo Bank, N.A.
cr            Wilmington Savings Fund Society, FSB, d/b/a Christ
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                  Date Rcvd: Nov 26, 2019
                               Form ID: 604                Total Noticed: 37

13887209*      +CAP ONE,    PO Box 30253,    Salt Lake City, UT 84130-0253
13887216*      +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                       TOTALS: 3, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```