**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James J. Dilts** | Social Security number or ITIN **xxx−xx−9912** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shelley L. Dilts** | Social Security number or ITIN **xxx−xx−7202** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **14−22822−GLT**

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James J. Dilts                                                              Shelley L. Dilts

<u>1/21/20</u>                                                    **By the court:**       <u>Gregory L. Taddonio</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22822-GLT
James J. Dilts                                                          Chapter 13
Shelley L. Dilts
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dkam              Page 1 of 2            Date Rcvd: Jan 21, 2020
                               Form ID: 3180W          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db/jdb         +James J. Dilts,    Shelley L. Dilts,    103 W Adams Ave,    Vandergrift, PA 15690-1304
cr             +HOUSEHOLD REALTY CORPORATION,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr             +Specialized Loan Servicing LLC,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
13958678        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13887217       +SPRINGLEAF FORMERLY AGF,    PO BOX 899,    Indiana, PA 15701-0899
15104305       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14421440       +Wilmington Savings Fund Society, FSB, d,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 03:41:19      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jan 22 2020 08:28:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
13931076        EDI: AIS.COM Jan 22 2020 08:28:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13887208       +EDI: CAPITALONE.COM Jan 22 2020 08:33:00      CAP ONE,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
13887211       +EDI: CHASE.COM Jan 22 2020 08:33:00      CHASE BANK USA,    PO Box 15298,
                 Wilmington, DE 19850-5298
13887212       +EDI: WFNNB.COM Jan 22 2020 08:33:00      COMENITY BANK/GNTEAGLE,    PO Box 182789,
                 Columbus, OH 43218-2789
13887210       +EDI: CAPITALONE.COM Jan 22 2020 08:33:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
13891609       +EDI: CAPONEAUTO.COM Jan 22 2020 08:34:00      Capital One Auto Finance,    PO Box 9013,
                 Addison, TX 75001-9013
13958943        EDI: RECOVERYCORP.COM Jan 22 2020 08:33:00       Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13946939       +EDI: HFC.COM Jan 22 2020 08:33:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
14146181       +EDI: HFC.COM Jan 22 2020 08:33:00      Household Realty Corporation,
                 C/O HSBC Mortgage Services, Inc.,    P.O. Box 21188,    Eagan, Minnesota 55121-0188
14520085        EDI: PRA.COM Jan 22 2020 08:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
13948344        EDI: PRA.COM Jan 22 2020 08:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13920140        E-mail/Text: ecfbankruptcy@progleasing.com Jan 22 2020 03:41:36       NPRTO North-East, LLC,
                 10619 South Jordan Gateway, #100,    South Jordan, Utah 84095
13887213       +EDI: RMSC.COM Jan 22 2020 08:33:00      Paypal,    PO Box 960080,    Orlando, FL 32896-0080
13940625        EDI: Q3G.COM Jan 22 2020 08:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13915613        EDI: AGFINANCE.COM Jan 22 2020 08:28:00       Springleaf Financial Services,    P.O. Box 3251,
                 Evansville, IN 47731-3251
13887219       +EDI: RMSC.COM Jan 22 2020 08:33:00      SYNCB/Care Credit,    PO BOX 965036,
                 Orlando, FL 32896-5036
13887220       +EDI: RMSC.COM Jan 22 2020 08:33:00      SYNCB/JC PENNEY,    PO BOX 965007,
                 Orlando, FL 32896-5007
13904190       +EDI: DRIV.COM Jan 22 2020 08:28:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
13887214       +EDI: DRIV.COM Jan 22 2020 08:28:00      Santander Consumer USA Inc,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
13887215       +EDI: SEARS.COM Jan 22 2020 08:33:00      Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
13887218       +EDI: RMSC.COM Jan 22 2020 08:33:00      Syncb/Amazon,    PO BOX 965015,    Orlando, FL 32896-5015
13887221       +EDI: RMSC.COM Jan 22 2020 08:33:00      Syncb/Old Navy,    PO BOX 965005,
                 Orlando, FL 32896-5005
13887222       +EDI: RMSC.COM Jan 22 2020 08:33:00      Syncb/Walmart,    PO BOX 965024,    Orlando, FL 32896-5024
13918501       +E-mail/Text: bncmail@w-legal.com Jan 22 2020 03:41:37       TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13887223       +EDI: WTRRNBANK.COM Jan 22 2020 08:33:00      TD Bank USA/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
13887224       +EDI: VERIZONCOMB.COM Jan 22 2020 08:28:00      Verizon Wireless,    PO Box 26055,
                 Minneapolis, MN 55426-0055
13887225       +EDI: WFFC.COM Jan 22 2020 08:33:00      Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
13938309       +EDI: WFFC.COM Jan 22 2020 08:33:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC 29715-7203
                                                                                              TOTAL: 30

```
District/off: 0315-2              User: dkam                Page 2 of 2              Date Rcvd: Jan 21, 2020
                                  Form ID: 3180W            Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Wells Fargo Bank, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13887209*      +CAP ONE,    PO Box 30253,    Salt Lake City, UT 84130-0253
13887216*      +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                               TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 9
```