**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/21/20 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES J. DILTS
SHELLEY L. DILTS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-22822

Chapter 13

Related to Dkt. No. 124

ORDER OF COURT

  AND NOW, this 21st day of January, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22822-GLT
James J. Dilts                                                          Chapter 13
Shelley L. Dilts
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2          Date Rcvd: Jan 21, 2020
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
```
db/jdb         +James J. Dilts,   Shelley L. Dilts,   103 W Adams Ave,   Vandergrift, PA 15690-1304
cr             +HOUSEHOLD REALTY CORPORATION,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr             +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
cr             +Specialized Loan Servicing LLC,   P.O. Box 9013,   Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
13958678        American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
13887211       +CHASE BANK USA,    PO Box 15298,   Wilmington, DE 19850-5298
13946939       +HSBC Mortgage Services, Inc.,   P.O. Box 21188,   Eagan, Minnesota 55121-0188
14146181       +Household Realty Corporation,   C/O HSBC Mortgage Services, Inc.,   P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
13887217       +SPRINGLEAF FORMERLY AGF,    PO BOX 899,   Indiana, PA 15701-0899
13904190       +Santander Consumer USA,   Po Box 560284,   Dallas, TX 75356-0284
13887214       +Santander Consumer USA Inc,   P.O. Box 961245,   Fort Worth, TX 76161-0244
13887215       +Sears,    PO Box 6282,   Sioux Falls, SD 57117-6282
15104305       +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13887223       +TD Bank USA/Target Credit,   PO Box 673,   Minneapolis, MN 55440-0673
13887225       +Wells Fargo,    PO Box 29704,   Phoenix, AZ 85038-9704
13938309       +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC # D3347-014,
                 3476 Stateview Boulevard,   Fort Mill, SC  29715-7203
14421440       +Wilmington Savings Fund Society, FSB, d,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:51:27
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13931076         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 22 2020 03:50:32
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13887208        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 03:50:52     CAP ONE,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
13887212        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 22 2020 03:41:13     COMENITY BANK/GNTEAGLE,
                 PO Box 182789,   Columbus, OH 43218-2789
13887210        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 03:50:22     Capital One,
                 PO Box 30253,   Salt Lake City, UT 84130-0253
13891609        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 22 2020 03:50:28
                 Capital One Auto Finance,   PO Box 9013,   Addison, TX 75001-9013
13958943         E-mail/PDF: rmscedi@recoverycorp.com Jan 22 2020 03:50:58     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14520085         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:50:25
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13948344         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:51:26
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13920140         E-mail/Text: ecfbankruptcy@progleasing.com Jan 22 2020 03:41:36     NPRTO North-East, LLC,
                 10619 South Jordan Gateway, #100,   South Jordan, Utah 84095
13887213        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:50:20     Paypal,   PO Box 960080,
                 Orlando, FL 32896-0080
13940625         E-mail/Text: bnc-quantum@quantum3group.com Jan 22 2020 03:41:17
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13915613         E-mail/PDF: cbp@onemainfinancial.com Jan 22 2020 03:51:22     Springleaf Financial Services,
                 P.O. Box 3251,   Evansville, IN 47731-3251
13887219        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:50:19     SYNCB/Care Credit,
                 PO BOX 965036,   Orlando, FL 32896-5036
13887220        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:51:23     SYNCB/JC PENNEY,   PO BOX 965007,
                 Orlando, FL 32896-5007
13887218        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:51:23     Syncb/Amazon,   PO BOX 965015,
                 Orlando, FL 32896-5015
13887221        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:51:23     Syncb/Old Navy,   PO BOX 965005,
                 Orlando, FL 32896-5005
13887222        +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:51:23     Syncb/Walmart,   PO BOX 965024,
                 Orlando, FL 32896-5024
13918501        +E-mail/Text: bncmail@w-legal.com Jan 22 2020 03:41:37     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13887224        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 22 2020 03:41:00
                 Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
                                                                                             TOTAL: 20
```

```
District/off: 0315-2            User: dkam              Page 2 of 2             Date Rcvd: Jan 21, 2020
                                Form ID: pdf900         Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Capital One Auto Finance
cr              Wells Fargo Bank, N.A.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
13887209*      +CAP ONE,    PO Box 30253,    Salt Lake City, UT 84130-0253
13887216*      +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                                TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

```
              James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Lawrence W. Willis    on behalf of Joint Debtor Shelley L. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Lawrence W. Willis    on behalf of Debtor James J. Dilts ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Martin A. Mooney    on behalf of Creditor    Capital One Auto Finance kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 9
```